■ LEON JOLSON et al., Respondents, v. FRANK LEIVA, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, Frank and McNally, JJ.

■ ADELINE GORDON, Appellant, v. ALMAKS REALTY CORP., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Frank and McNally, JJ.

■ ANNA STAGNARI, Appellant, v. BRUNO PISSINI, Respondent, et al., Defendants.— Orders unanimously affirmed, with $20 costs and disbursements to respondent. Plaintiff, however, may, if she be so advised, make a new application upon papers more adequately establishing the extent and causation of the alleged injuries. The medical proof should also be sworn affidavit. Concur — Botein, P. J., Breitel, Rabin, Frank and McNally, JJ.

■ EMIL TILLMAN, Respondent, v. NEW YORK CITY TRANSIT AUTHORITY, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Frank and McNally, JJ.

■ ELIZABETH SAUM, Respondent, v. KERIM ONDER, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Frank, McNally and Stevens, JJ.

■ RUFINO TANDOC et al., v. LUCKENBACH STEAMSHIP COMPANY, INC., WILLIAM O. DYER et al., v. LUCKENBACH STEAMSHIP COMPANY, INC., VINCENTE AGUIRRE et al. v. LUCKENBACH STEAMSHIP COMPANY, INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Frank and McNally, JJ.

■ ZENA G. BORCHARD, Respondent, v. STUART BORCHARD, Appellant.— Motion for leave to reargue denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ In the Matter of 180 EAST 79 STREET, INC. against TEMPORARY STATE HOUSING RENT COMMISSION.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Frank, McNally and Bergan, JJ.

■ CHARLOTTE SHORK v. FREEMAN HIGGINS.— Motion for leave to reargue denied but motion for leave to appeal to the Court of Appeals granted. Settle order. Concur — Botein, P. J., Breitel, Frank, McNally and Bergan, JJ.

■ In the Matter of ABRAHAM BAER, an Alleged Incompetent Person. CONSTANCE D. BAER et al. — Motion for leave to reargue denied, with $10 costs. Concur — Breitel, J. P., Rabin, Frank, Valente and Stevens, JJ.

■ BERNARD SHAFTER, as Executor of ROBERT S. BUCKLEY, Deceased, v. NEW YORK CITY TRANSIT AUTHORITY et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, Frank, McNally and Stevens, JJ.

■ JOHN D. TRACY v. NEWSDAY, INC., et al. — Motion for leave to appeal to the Court of Appeals and for a stay granted. Settle order. Concur — Breitel, J. P., Rabin, Frank, McNally and Stevens, JJ.

■ JAMES L. DOYLE, Respondent-Appellant, v. NATIONAL TRANSPORTATION Co., INC., et al., Respondents and JOHN DENTATO, Appellant.— Motion by defendant-appellant for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Motion by plaintiff-respondent-appellant for leave to reargue or for leave to appeal to the Court of Appeals denied. Concur — Breitel, J. P., Rabin, Frank, McNally and Stevens, JJ.